**Patricia GILLUM, et al., Plaintiffs,**

v.

**AMERICAN UNIVERSITY, et al., Defendants.**

**No. CIV.A. 02–0294(ESH).**

United States District Court, District of Columbia.

Sept. 10, 2003.

Shannon Patricia Keniry, Gary E. Mason, Tracy Diana Rezvani, Finkelstein, Thompson & Loughran, Washington, DC, for Plaintiffs.

Sten Jensen, Mitchell E. Zamoff, Hogan & Hartson, L.L.P., Thomas M. Ray, Joel E. Wilson, U.S. Attorney's Office, Claes H.

Lewenhaupt, U.S. Department of Justice, Kirby D. Behre, Paul, Hastings, Janofsky & Walker, L.L.P., Washington, DC, for Defendants.

### ORDER

HUVELLE, District Judge.

For the reasons stated in the Memorandum Opinion issued this date in *Loughlin v. United States*, Civil Action No. 02–0152, it is hereby

**ORDERED** that the United States' Motion to Dismiss based on the discretionary function exception [43–1] is **GRANTED**; it is

**FURTHER ORDERED** that all claims against the United States are **DISMISSED WITH PREJUDICE**; and it is

**FURTHER ORDERED** that all remaining claims are **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**